

17 P.3d 873
**September 28, 2000**

22159, State v. Pahukoa Affirmed
22160

**October 2, 2000**

22183 State v. West Affirmed

**October 6, 2000**

22128 State v. Nihi · Affirmed

**October 19, 2000**

21786 State v. Clark Affirmed

**December 6, 2000**

22737 Fujii v. State Affirmed

**December 14, 2000**

22474 State v. Lyman Affirmed

**December 19, 2000**

22484 State v. Snell Affirmed